UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES L. DYER,

                      Plaintiff,

  -against-                                  6:03-CV-0998
                                                        (LEK/DEP)

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on August 11, 2006, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 10).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 10) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Motion for judgment on the pleadings is **GRANTED**, the Commissioner's determination is **VACATED**, and this case is **REMANDED** for further proceedings consistent with this Order and Judge Peebles' Report-Recommendation; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 26, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge